

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00270-CV

John P. **BOERSCHIG**,
Appellant/Cross-Appellee

v.

**RIO GRANDE ELECTRIC COOPERATIVE, INC.**,
Appellee/Cross-Appellant

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4205
Honorable Roland Andrade, Judge Presiding

# O R D E R

On January 6, 2023, appellant/cross-appellee John P. Boerschig and appellee/cross-appellant Rio Grande Electric Cooperative, Inc. filed a joint motion seeking leave to file appellant's and cross-appellant's briefs that exceed the 15,000-word limit set forth in Texas Rule of Appellate Procedure 9.4 "by not more than 2,000 additional words[.]" *See* TEX. R. APP. P. 9.4(i)(2)(B). After consideration, we **GRANT** the motion. Appellant's and cross-appellant's briefs are limited to 17,000 words.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2023.

_____
Michael A. Cruz,
Clerk of Court